USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  04/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNETTE TATUM-RIOS, <br><br> **Plaintiff,** <br><br> -against- <br><br> SAVILINO LLC, <br><br> **Defendant.** | 20-cv-08110 (ALC) <br><br> **ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

Defendant's deadline to respond to the Order to Show Cause issued on April 5, 2021, ECF No. 6, is also hereby adjourned *sine die*.

Plaintiff is hereby ORDERED to serve this order on Defendant and file proof of service by no later than April 30, 2021.

**SO ORDERED.**

Dated:   April 23, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**